

FILED & JUDGMENT ENTERED
Steven T. Salata

March 26 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Nikita Vidal Mackey | CASE NO: 18-30012 |
| SSN#: XXX-XX-3925 | |

**ORDER**

Pursuant to Local Rule of Practice and Procedure 1017-1(b), the Court finds and concludes that the Chapter 13 case of the above-referenced debtor should be dismissed for the following reason(s):

The debtor has failed to make sufficient pre-confirmation plan payments to the trustee as required by 11 U.S.C. Section 1326(a).

Based on the foregoing, this Court concludes that this case should be dismissed.
_____

   **IT IS, THEREFORE, ORDERED** that the above-referenced Chapter 13 case be, and is hereby DISMISSED.

Reported and recommended by:

/s/ Warren L. Tadlock
   Chapter 13 Trustee


This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY JUDGE